# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| **vs.** | § | **3:24CR01884-001 LS** |
| **ANGEL RENE SANCHEZ** | § | **USM NO. 28719-511** |

## NOTICE OF INTENTION TO/NOT APPEAL

I, ANGEL RENE SANCHEZ, state that I have been notified by my trial attorney of record, Eduardo N. Lerma, Sr., that I have the right to appeal my case. That if I do wish to appeal, I, pro se, or my appellate attorney, must file written notice within 10 days of the sentence.

I state that it is my desire to:

_____ TO APPEAL

_____ NOT APPEAL

I make this statement freely and voluntarily after being properly notified of my right to Appeal.

_____

*Defendant:* ANGEL RENE SANCHEZ

## CERTIFICATE OF SERVICE

I certify that on APRIL 29, 2025, a true and correct copy of Defendant's *Notice of Intention To/Not Appeal* served in accordance with the Federal Rules of Criminal Procedure by using the electronic filing which causes all interested parties to be served:

> **Assistant U.S. Attorney**
> **Richard Watts**, AUSA (lead attorney)
> U. S. Attorney Office
> 700 E. San Antonio Street   Ste. 200
> El Paso, TX 79905
> richard.watts@usdoj.gov

        /s/ **Eduardo N. Lerma, Sr.**
        **Eduardo N. Lerma, Sr.**
        SBN 12221300 – Texas
        enl1417@aol.com
        Attorney for Defendant